## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>Sameth Long<br>390 Cedar Springs Dr<br>Athens, GA  30605 | **CHAPTER 13**<br><br>**Case Number:** 11-31664-JPS<br><br>**ATTORNEY:**  R. JEFFREY FIELD & ASSOC. |

### TRANSMITTAL OF UNCLAIMED FUNDS

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $577.00 in unclaimed funds on behalf of the above-referenced debtor. The last known address for the creditor is as follows:

North Star Capital Acquisition
c/o Zenith Acquisition Corp
P.O. Box 850
Amherst, NY 14226


**DATED:** December 10, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Camille Hope
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Camille Hope, Trustee**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**P.O. Box 954**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Macon, GA 31202**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(478) 742-8706**